UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY BERK,<br>Plaintiff,<br><br>v.<br><br>GT BIOPHARMA, INC.,<br>Defendant. | Case No. 1:23-cv-12761 |

### STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS/COUNTERCLAIMS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Gregory Berk and Defendant GT Biopharma Inc., by their respective attorneys, hereby stipulate that the above-captioned action including all claims and potential counterclaims of whatever sort in the action be and hereby are dismissed in full, with prejudice, with all rights of appeal waived, and each party to bear its or his own costs and attorneys' fees.

| *Plaintiff* | *Defendant* |
|---|---|
| **Gregory Berk**<br>By his attorneys, | GT Biopharma, Inc.<br>By its attorneys, |
| */s/ Joseph Sulman*<br>Joseph L. Sulman<br>Law Office of Joseph L. Sulman<br>255 Bear Hill Road, Suite 204<br>Waltham, MA 02451<br>(617) 521-8600<br>jsulman@sulmanlaw.com | BAKER & McKENZIE LLP<br>*/s/ Edward Totino*<br>Edward Totino<br>10250 Constellation Blvd, Suite 1850<br>Los Angeles, CA 90067<br>Tel: +1 310 201 472<br>Edward.Totino@bakermckenzie.com |
| Matthew J. Fogelman<br>Fogelman Law<br>189 Wells Avenue, Suite 302<br>Newton, MA 02459<br>(617) 559-0201<br>mjf@fogelmanlawfirm.com | William F. Dugan (admitted pro hac vice)<br>Blue Cross Blue Shield Tower<br>300 E. Randolph Street, #5000<br>Chicago, IL 60601<br>Tel.: 312.861.4208<br>William.Dugan@bakermckenzie.com |

## CERTIFICATE OF SERVICE

I, Joseph Sulman, hereby certify that a true and correct copy of the foregoing Stipulatin of Dismissal was served by electronic court filing (ECF) on December 4, 2024 upon the following counsel of record for Defendant:

Ed Tonino and William Duggan
***Counsel for GT Biophama***

*/s/ Joseph Sulman*
Jospeh Sulman
